MEMORANDUM

TO:      U.S. Probation Office

FROM:    Yelena Gutierrez

DATE:    July 15, 2004

RE:      3:00cr69(AHN)

FILED

2005 JAN 26 P 4: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Presentence Report returned to U.S. Probation Office as to Jason Cox

*************************************************************

Ten days have passed since the defendant was sentenced and no appeal has been filed. Therefore, we are returning the original Presentence Report to you pursuant to Local Rule 32(j).

Please acknowledge receipt on the attached copy of this memorandum and return it to the Clerk's Office.

Enclosure:    ORIGINAL PRESENTENCE REPORT

Received by:  _[signature]_

Date:         1/26/05 (verified w/NH)