IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CONNECTICUT

FILED

MAY - 2 2005

2005 MAY 12 P 2: 49

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA,
        Plaintiff,

VS.

JASON COX
    Petitioner.

CASE NO.: 00-CR-69
§2255 CASE NO.:_____

DISTRICT JUDGE

## MOTION FOR LEAVE TO AMEND 28 U.S.C. §2255
## MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

As a matter of introduction, the Petitioner **Mr. Cox**, appearing through pro-se representation and respectfully moves this Honorable Court to file an **Amendment** to his **28 U.S.C. §2255 Motion To Vacate, Set Aside or Correct Sentence**, pursuant to **Federal Rule of Civil Procedure, Rule 15(c)**. **Leave To Amend** shall be freely given when justice so requires.

A memorandum brief in support of this motion is made part of this motion by reference herein.

Respectfully Submitted

_(signed)_
JASON COX
PRO-SE

2