UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | :  Civil No. 3:00CR69 (AHN) |
| v. | : |
| | : |
| CLINTON COX | :  March 18, 2008 |

NOTICE OF APPEARANCE

To the Clerk of the court and all parties of record, please enter the appearance of William M. Brown, Jr., Assistant United States Attorney, as counsel for the United States of America, in this matter.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ William M. Brown, Jr.*
WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT20813
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD, ROOM 309
BRIDGEPORT, CT 06604
(203) 696-3000 (telephone)
(203) 579-5575 (facsimile)
William.M.Brown@usdoj.gov

CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing Notice of Appearance has been mailed on the 18th day of March, 2008, to:

Clinton Cox
13883-014
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

*/s/ William M. Brown, Jr,*
WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY