```
            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    :
                            :
v.                          :   Crim. No. 3:00-cr-69(AHN)
                            :
JASON COX                   :
```

ORDER TO SHOW CAUSE

Upon the motion asking the court for relief pursuant to 18 U.S.C. § 3582(c) of the defendant JASON COX [doc. # 278], filed on February 8, 2008, it is hereby

ORDERED that the government file a response on or before June 9, 2008, showing cause why the relief prayed for in the motion should not be granted and addressing the merits of the defendant's claim of entitlement to a reduction in this court's sentence, and it is further

ORDERED that service by the United States Marshal of this order on the government's representative, Nora R. Dannehy, Acting United States Attorney, New Haven, Connecticut, on or before May 8, 2008, shall be deemed sufficient service.

SO ORDERED.

Dated at Bridgeport, Connecticut this 24th day of April 2008.

                                                    /s/
                                     Alan H. Nevas
                                     United States District Judge